IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ANTHONY PAGE CAMERON; and SUSAN MARIA CAMERON, <br><br>  Debtors. <br> _____/ <br> SUSAN MARIA CAMERON, <br><br>  Appellant, <br>  v. <br> MINOT LLC, A WASHINGTON LIMITED LIABILITY COMPANY, <br><br>  Appellee. <br> _____/ | No. C 13-02018 SI <br><br> **JUDGMENT** |

This appeal has been dismissed for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 18 , 2014

_____
SUSAN ILLSTON
United States District Judge